USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Zen Design Group Limited,

                         Plaintiff,

          -against-

Innovative Designs, LLC,

                        Defendants.
-------------------------------------------------------------- X

20-CV-1877 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

     Plaintiff filed this action on March 3, 2020, (Doc. 1), and filed an affidavit showing that service was effected on Defendant on March 10, 2020, (Doc. 11). The deadline for Defendant to respond to Plaintiff's complaint was March 31, 2021. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 3, 2021. If Plaintiff fails to do so or otherwise demonstrates that it does not intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 21, 2021
           New York, New York

                                                            VERNON S. BRODERICK
                                                            United States District Judge